UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

UNITED STATES OF AMERICA,                                          PLAINTIFF

v.                            Case No. 3:14cv0165-DPM

JIMMY DALE MCMILLON                                                DEFENDANT

## CONSENT JUDGMENT

This matter coming before the Court at this time, the Court being informed in the premises and it appearing that the parties agree and consent to a judgment as set forth herein, and the Defendant, Jimmy Dale McMillon, having consented to the terms of this Order and having waived any defenses and the formal service of further process in this action, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. Judgment is entered for the Plaintiff in the sum of $40,464.00.

2. Execution of the Judgment shall be stayed on the condition that the Defendant shall satisfy this Judgment by making full payment in the amount of $40,464.00. The parties have agreed on an entry of judgment in favor of the Plaintiff, United States against Defendant in the monthly sum of $400.00, which is to be withheld from his future monthly Social Security Administration benefits. The repayment is to start on the 5th day of August, 2014, and on the fifth day of each month thereafter until the sum of $40,464.00 is paid in full.

3. That the Defendant shall submit to the Plaintiff for review on at least an annual basis a statement of his financial condition and that such information shall be grounds to increase the

payments of the Defendant to the Plaintiff at that time.

    4. The Judgment shall be filed with the county clerk of the county of residence of the Defendant and any other jurisdiction where the Plaintiff deems appropriate.

    5. In the event the Defendant defaults in the payment of any installment due under this order, upon application by the Plaintiff after notice to the Defendant, an execution shall be issued by the Clerk for the full amount of the indebtedness certified to be due and outstanding.

    6. Notice to the Defendant pursuant to Paragraph 5 above shall be deemed due and sufficient notice if sent by first class mail, postage prepaid to the defendant, Jimmy Dale McMillon, 910 Alice Street, Paragould, Arkansas 72450, at least ten (10) days prior to the issuance of such execution.

    7. The parties will pay their own costs, attorney fees and expenses related to this matter.

CONSENTED TO:

CHRISTOPHER R. THYER
UNITED STATES ATTORNEY

_[signature]_
SHANNON S. SMITH
ASSISTANT U.S. ATTORNEY

DATE: 6/30/14

_[signature]_
JIMMY DALE MCMILLON
DEFENDANT

DATE: 6/25/14

_[signature]_
RAY NICKLE
ATTORNEY FOR DEFENDANT

DATE: 6/25/14

APPROVED:

_____
UNITED STATES JUDGE

_3 July 2014_
DATE